UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1089 ADM/AJB

PAUL BENEDICT,
MARILYN BENEDICT,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

**O R D E R**

Pursuant to the Stipulation of the Parties, it is hereby **ORDERED** that the above-entitled case is dismissed in its entirety.

Dated: July 13, 2001

ANN D. MONTGOMERY
United States District Court Judge

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1089 ADM/AJB

| | | |
|---|---|---|
| PAUL BENEDICT,<br>MARILYN BENEDICT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | **STIPULATION OF DISMISSAL** |

Pursuant to the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, it is hereby

STIPULATED, that in accord with the settlement agreement reached by the parties, all claims between all parties hereto which were asserted or could have been asserted as claims, crossclaims or third-party claims, are dismissed with prejudice and on the merits but without costs or disbursements to any party.

So Stipulated.

Dated: 6/21/01

ROBERT M. SMALL
United States Attorney

BY: PATRICIA R. CANGEMI
Assistant United States Attorney
Attorney I.D. No. 153527
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated:
June 19, 2001

CRAIG T. DOKKEN
Attorney for Plaintiffs
Attorney I.D. No. 187549
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000